# KAREN L. LANDAU
Attorney at Law
**2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)**
email: karenlandau@karenlandau.com

February 20, 2015

Molly C. Dwyer, Clerk
United States Court of Appeals
For the Ninth Circuit
95 7th St.
P.O. Box 193939
San Francisco, CA 94119-3939

    Re:  *United States v. Christensen*, et al., consolidated appeals 08-50531, 08-50570, 09-50115, 09-50125, 09-50128, 09-50159

Dear Ms. Dwyer:

    I represent appellant Rayford Turner in Appeal No. 09-50125.  Pursuant to Circuit Advisory Committee Note to Rule 25-2, this letter serves as notice of delay by the Court in acting on these appeals.

    On November 4, 2013, these consolidated appeals were argued and submitted.  Since that time, there has been no further action in this case, other than the filing of various supplemental citations by the parties pursuant to Fed. R. App. P. 28(j).

    I am aware that given the length and complexity of these appeals, a final decision would not be expected within a typical time period.  But, the case has been under submission for approximately 15 months.  Equally significant, appellant Turner has served 72 months of a 10-year sentence during the pendency of this appeal.  He currently is scheduled for release within 33 months.

    I thank the Court for its attention to this matter.

                                    Very truly yours,


                                      /s/Karen L. Landau
                                      Karen L. Landau